UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HOBBS,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; VF CORPORATION; VF CORPORATION HEALTH AND WELFARE PLAN,<br><br>    Defendants. | No. 1:16-cv-00553-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 20) |

On December 6, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each party bearing its own costs and attorneys' fees. (Doc. No. 20.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated:  **December 6, 2016**                              _/s/ Dale A. Drozd_
                                                                              UNITED STATES DISTRICT JUDGE

1